

3476 Stateview Blvd<br>
Fort Mill, SC 29715<br>
1-800-274-7025

September 21, 2009

DOUGLAS ELLMANN
308 W. HURON
ANN ARBOR MI 48103

Dear DOUGLAS ELLMANN :

RE:  Payment Change Notice Date
    Loan Number ******8820        Client 936
    Joseph Paul Douglas

    Bankruptcy Case Number 0964885

This letter is to advise you of a recent escrow analysis completed for the account referenced above.  Please be advised, effective with the 01-10 payment, the new monthly amount is $ 1,927.18.

If you remit post-petition payments, please update your records to ensure the correct amount is sent, effective with the 01-10 payment.

If you have questions, please call the Bankruptcy department at (800) 274-7025.

Sincerely,

Bankruptcy Department
BK/CPI

                                <u>Signature   /S/ Erin Grogin</u>

NMFL # 14013 04/04                                            Wells Fargo Home Mortgage
                                                                  is a division of Wells Fargo Bank, N.A

# CERTIFICATE OF SERVICE

I, Erin Grogin, hereby certify that a true and correct copy of the foregoing Notice of Payment Change has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before September 28, 2009.

The filing of this document does not replace any affirmative duty to provide notice of the document to parties in interest. The filing of this notice is provided for information purposes and does not constitute a demand for payment.

**Debtor(s)**
JOSEPH PAUL DOUGLAS
111 E HURD RD
MONROE MI 48162

**Debtor's Attorney**
JOSEPH PAUL DOUGLAS
111 E HURD RD
MONROE MI 48162

**Chapter 13 Trustee**
DOUGLAS ELLMANN
308 W. HURON
ANN ARBOR MI 48103

/s/ Erin Grogin
Erin Grogin

Wells Fargo Home Mortgage
Bankruptcy Department
Phone Number (803) 396-6759
Shikara.L.Day@Wellsfargo.com
3476 Stateview Blvd
Fort Mill, SC 29715